393 A.2d 1276

Commonwealth v. Fragle, Appellant.

600

Argued April 12, 1978. William J. Madden, for appellant; Henry E. Sewinsky, with him Rodgers, Marks & Perfilio, for Commonwealth, appellee.

Order affirmed.